UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**GREGORIO FRAGA,**

    *Plaintiff*,

v.                                                                                               Case No. SA-23-CV-1268-JKP

**UNION PACIFIC RAILROAD COMPANY,**

    *Defendant*.

## SIXTY-DAY ORDER OF DISMISSAL

Through a *Notice of Settlement* (ECF No. 17), the parties have informed the Court that this case has settled. Given such information the Court vacates all deadlines and settings and hereby dismisses all claims by all parties **WITHOUT PREJUDICE** subject to any party moving to reopen within sixty days. Any party may move for an extension of this deadline to allow more time to execute the parties' settlement. If the parties cannot finalize a settlement, any party may move to reopen this action within the deadline imposed herein. If the Court grants such a motion, the case will be reopened as though it had never been closed. Unless the Court extends the deadline or a party moves to reopen the case within the deadline set by this order, this action shall be considered **DISMISSED WITH PREJUDICE** as of the date the deadline passes.

**IT IS SO ORDERED this 23rd day of July 2024.**

                                                **JASON PULLIAM
UNITED STATES DISTRICT JUDGE**